

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00050-CV

HOWARD REDMOND, JR., APPELLANT

V.

AMERICAN EXPRESS NATIONAL BANK, APPELLEE

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2023-02023, Honorable Robert Ramirez, Presiding

May 20, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Howard Redmond, Jr., proceeding pro se, appeals from the trial court's *Summary Judgment*.[1]  Appellant's brief was originally due April 13, 2026, but was not filed.  By letter of April 22, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

4, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam